**07 CV 3707**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

ATLAS 100 FIFTH LLC, a Delaware limited liability company,

                 Plaintiff,

-against-

ONE HUNDRED FIFTH AVENUE COMPANY L.P., a New York Limited Partnership,

                 Defendant.

-----------------------------------------------------------x



**DISCLOSURE STATEMENT**

Pursuant to the Federal Rules of Civil Procedure Rule 7.1(a) and to enable judges and magistrate judges of the Court to evaluate possible disqualification or refusal, the undersigned counsel for Defendant certifies that the following are corporate parents, affiliates and/or subsidiaries of Defendant, which are publicly held:

                 **None.**

Dated: May 10, 2007

Respectfully submitted,

MINTZ LEVIN COHN FERRIS
 GLOVSKY AND POPEO, P.C.

By: _____
Robert I. Bodian (RB-2627)
Dominic J. Picca (DJ-2376)
The Chrysler Center
666 Third Avenue, 25th Floor
New York, New York 10017
(212) 935-3000

*Attorneys for One Hundred Fifth Avenue Company, L.P., a New York Limited Partnership*